UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

IN RE: Thomas Lamarre

Case No. 2:26-cv-00851-MMD-NJK

ORDER

Immigration detainee Thomas Lamarre *pro se* filed an initiating document with the Court. (ECF No. 1-1.) Lamarre did not file a complaint or a petition nor did he pay the necessary filing fee or seek an exemption from paying the filing fee. However, liberally construing the filing,[1] the Court understands Lamarre is seeking federal habeas corpus relief under 28 U.S.C. § 2241.

A $5.00 filing fee is required to initiate a habeas action in a federal district court. *See* 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees. The Court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency through an application to proceed *in forma pauperis* ("IFP"). *See* 28 U.S.C. § 1915; LSR 1-1, 1-2. The IFP application must be submitted on the form provided by the Court and include specific financial information and a declaration confirming under the penalty of perjury that the financial information is true. *See id.*

It is therefore ordered that any ruling or screening by the Court is deferred until the filing fee is addressed and a petition is filed. The Clerk of Court is kindly directed to provide Lamarre the approved form for filing a Section 2241 habeas petition with instructions as well as the approved form for filing an IFP application. Lamarre has 30 days to file a

///

---

[1]*Pro se* pleadings must be liberally construed. *See Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990).

petition and address the issue of the filing fee. If Lamarre does not comply with this Order, this action will be dismissed without prejudice without further notice.

DATED THIS 24th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE